THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* GEORGE W. EVANS, Respondent.

(Submitted June 7, 1887; decided June 14, 1887.)

*C. S. Lester* for motion.

*McKenzie Semple* opposed.

Motion to dismiss appeal granted; no opinion.
All concur.
Appeal dismissed.